41 A.3d 1288

Marvin CRUMP, Petitioner

v.

Michael WENEROWICZ, Superintendent of SCI, Graterford, Department of Corrections, Respondent.

No. 176 EM 2011.

Supreme Court of Pennsylvania.

April 24, 2012.

## ORDER

PER CURIAM.

**AND NOW,** this 24th day of April, 2012, the Application for Leave to File Original Process is **GRANTED,** and the Petition for Writ of Habeas Corpus and the Application for an Immediate Hearing are **DENIED.**

41 A.3d 1288

KIA MOTORS AMERICA, INC., Petitioner

v.

COURT OF COMMON PLEAS OF the FIRST JUDICIAL DISTRICT OF PENNSYLVANIA, CIVIL TRIAL DIVISION, Respondent.

No. 44 EM 2012.

Supreme Court of Pennsylvania.

April 24, 2012.

## ORDER

PER CURIAM.

**AND NOW,** this 24th day of April 2012, the Application for Leave to File Original Process is **GRANTED,** the "Petition for Review (In the Nature of a Writ of Prohibition)" is **DENIED.**